IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. *20-169* |
| | ) | (18 U.S.C. §§ 2 and 231(a)(3)) |
| ANDREW AUGUSTYNIAK-DUNCAN | ) | **[UNDER SEAL]** |

## INDICTMENT

## COUNT ONE

The grand jury charges:

On or about May 30, 2020, in the Western District of Pennsylvania, the defendant, ANDREW AUGUSTYNIAK-DUNCAN, did commit and attempt to commit an act to obstruct, impede and interfere with a law enforcement officer lawfully engaged in the lawful performance of the officer's official duties, incident to and during the commission of a civil disorder which obstructed, delayed and adversely affected commerce and the movement of articles and commodities in commerce, to wit: the defendant, ANDREW AUGUSTYNIAK-DUNCAN, incident to and during the commission of a civil disorder in the vicinity of downtown Pittsburgh and the PPG Paints Arena in the City of Pittsburgh, which disorder obstructed, delayed and adversely affected the interstate commerce activities of nearby business establishments and the movement of articles and commodities in commerce, did knowingly and willfully throw

projectiles, which struck and injured several police officers, causing the obstruction, impediment and interference of law enforcement officers engaged in the lawful performance of their official duties.

In violation of Title 18, United States Code, Sections 2 and 231(a)(3).

A True Bill,

_Christina L. Groff_
Foreperson

_Scott Brady_
SCOTT W. BRADY
United States Attorney
PA ID No. 88352

2