IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-169 |
| ANDREW AUGUSTYNIAK-DUNCAN | |

## NOTICE TO COURT REGARDING REQUESTS TO RELATE CASES PURSUANT TO LOCAL CRIMINAL RULE 57C

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jonathan D. Lusty, Assistant United States Attorney for said District, hereby submits the following:

The government hereby gives notice to the Court and to the defendants that the government's position is that the following cases, including the instant case, should be deemed to be related pursuant to Local Criminal Rule 57C, in that the alleged offenses in these cases all arose from the same series of transactions on or about May 30, 2020. Because the first of these cases to be indicted was United States v. Brian Jordan Bartels, Criminal No. 20-116, currently pending before United States District Judge Arthur J. Schwab, the government has filed motions in each of the cases referenced below to have those cases related to the Brian Jordan Bartels case.

United States v. Da'Jon Lengyel, et al., Criminal No. 20-173
United States v. Devin Montgomery, et al., Criminal No. 20-175
United States v. Raekwon Blankenship, Criminal No. 20-170
United States v. George Allen, Criminal No. 20-168
United States v. Andrew Augustyniak-Duncan, Criminal No. 20-169
United States v. Nicholas Lucia, Criminal No. 20-174

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

*/s/ Jonathan D. Lusty*
JONATHAN D. LUSTY
Assistant U.S. Attorney
PA ID No. 311180