IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-169 |
| ANDREW AUGUSTYNIAK-DUNCAN | |

PLACEHOLDER FOR

Media Exhibits 1-6 in support of Government's Sentencing Motion at ECF No. 57