# Michael DeMatt

| | |
|---|---|
| **From:** | augustyniaksheri@gmail.com |
| **Sent:** | Monday, August 2, 2021 12:25 PM |
| **To:** | Michael DeMatt |
| **Subject:** | Fwd: Letter for Drew |

Sent from my iPhone

Begin forwarded message:

> **From:** sheri padilla <sheri_padilla@yahoo.com>
> **Date:** August 2, 2021 at 12:24:05 PM EDT
> **To:** Sheri Augustyniak <augustyniaksheri@gmail.com>
> **Subject: Fw: Letter for Drew**
>
> Sent from Yahoo Mail for iPhone
>
> Begin forwarded message:
>
> On Monday, August 2, 2021, 12:11 PM, sheri padilla <sheri_padilla@yahoo.com> wrote:
>
>> Sent from Yahoo Mail for iPhone
>>
>> Begin forwarded message:
>>
>> On Monday, August 2, 2021, 9:51 AM, Pete Padilla <pete.padilla@outlook.com> wrote:
>>
>>> Who is Drew? My best guess is he is still a lost kid that needs to get his feet on the right path. The only thing I know about him currently is just by listening to him on phone calls from jail when he calls my ex-wife and my kids. He sounds like a more stable person and I am sure he is taking medication as needed which he really does need to keep him planted. He is a person that needs structure and routine in his life, he lives better and acts better when he has structure and routine.
>>>
>>> Growing up he was a pain in the ass but a good kid with a lot of love to give and outstanding athlete. His dad let him down 99% of the time and I know that messed with him mentally. His mom went to soft on him and was an enabler for him to get away with stuff. We clashed a lot as he got older because I was the person who tried to

give him some structure and discipline.  Personally, I can reflect and say at times I was pretty hard on him but no more than I am on myself.

Mentally, I could always see he was a little jumpy in his thoughts and his mind was racing all over the place.  He went to the state for counseling and that was a complete joke.  I personally took him a few times and it seemed like he had a new person handling his case every time we walked into the office.  By know means am I a mental health professional but someone cannot sit down and evaluate you in 1 session.  These people only had notes to go off of and tossed whatever drug at him they thought might do something different for him.  Some of the drugs had potential and he would level out but then his dad on the rare occasion would take him for a weekend or family event (had to make himself look like a good dad) and would screw up the routine and not give him the medication…..back to square one every time.

As much as he has screwed up and been given chances I still think there is hope for him to be a contributing member of society.  He is not the smartest person in the world but like I always told him…you might suck at a lot of things in this world but there is always going to be one thing that you are going to be better at than most people.  He needs a chance to find his thing and shine.  Being in jail most of his short adult life is not showing him how to live in normal society, how to pay bills, be responsible for showing up at work, sadly he has no real knowledge of the value of life, freedom and happiness.

Who am I?  The ex-stepdad, I am the guy who tried to help but was always overshadowed by his mother because I was tough on him.  I did care and my father was a hard person but always fair about things and I am like that.  Do the right thing and get rewarded with trust, freedom and the ability to make a living.  Fortunately I had structure and discipline in my life which kept me out of trouble and led to a good life.

Currently, I am a Technology Engineer Senior, Assistant Vice President and Officer of the Bank at PNC Bank and Financial Services.  I work on a team of cyber security experts in a a job that requires a lot of trust.  I worked my way up in IT after leaving college 1997 and currently I am 6 weeks away from completing my BS in Information Systems with an Emphasis in Project Management.

Outside of my regular job I also own a lawn service company that is small but growing.  I started this company to fill in my boring time and with thought that one day Drew would be down here to work for the company and we could grow it.  I was and still am willing to set him up to succeed or fail at something I know he is good at.  Honestly, failure is not an option and I will do whatever it takes to succeed in the business.  Will it be rough for him, it sure will but I think being a part of something that eventually he will be a partner in will drive him succeed.  It is tough work and the hot and humid Florida days make it even tougher but it will be good for him; he will want to be resting at night and not going out screwing around.

With proper mentoring, tools to succeed and structure I feel he can get his life on track. His mother is not on the enabler list any longer, she can help guide him on the right path. Personally for a long time I hated him and wanted nothing to do with him but I see the good in him and he needs a real chance so I will help him any way I can. On the things we cannot help with, he needs to be required by probation or whatever means to take his medications because they help. Like most people with medications for mental health, they get on the right track and start thinking they do not need to take them any longer but the reality is they slide back down the hole they climbed out of.

If allowed to come to Florida it will be no picnic for Drew, our Flagler County Sheriff is a just and fair man. Drew will have to take the bull by the horns because Sheriff Rick Staly does not take what comes out the other end.

In conclusion I do have faith that Drew has a better chance being rehabilitated while not looking at bars, 4 walls and getting away from his group of "friends". If anything I feel that other than having structure the life behind bars will make him worse if he continues to live that life. Sink or swim he needs to have a chance to be an adult in society, not a kid locked up behind bars. Baby steps but a coordinated effort may make him a contributing member of society.

Pete Padilla
412-855-4682
9 Westridge Ln.
Palm Coast, FL, 32164