# Michael DeMatt

**From:** augustyniaksheri@gmail.com
**Sent:** Friday, July 30, 2021 12:32 PM
**To:** Michael DeMatt
**Subject:** Fwd:

Sent from my iPhone

Begin forwarded message:

> **From:** Gina Mitchell <lexcorty@yahoo.com>
> **Date:** July 30, 2021 at 6:23:43 AM EDT
> **To:** augustyniaksheri@gmail.com
> **Subject: Re:**
> **Reply-To:** Gina Mitchell <lexcorty@yahoo.com>
>
> [Sent from Yahoo Mail on Android](#)
>
> On Fri, Jul 30, 2021 at 5:56 AM, augustyniaksheri@gmail.com <augustyniaksheri@gmail.com> wrote:
>
> Thank you so much, this is wonderful!!!
>
> Sent from my iPhone
>
>> On Jul 29, 2021, at 8:45 AM, Gina Mitchell <lexcorty@yahoo.com> wrote:
>>
>> I need to retype it though. I made a mistake and couldn't fix it so I'll have to print it out and redo it. I just wanted to see what you thought of that one .
>>
>> ----- Forwarded Message -----
>> **From:** Gina Mitchell <lexcorty@yahoo.com>
>> **To:** Sherri Padilla <andrewnmom@aol.com>
>> **Sent:** Tuesday, July 27, 2021, 12:01:47 PM CDT
>> **Subject:**
>>
>> To Whom It May Concern:
>>
>> This letter is in regards to Andrew Duncan Augustyniak. I have known Andrew since the day he was born. Andrew has always been a very caring person and a good hearted kid, who was always willing to help people out if they needed something done. He cares very much about his family and adores his two younger siblings. His Mom has tried to give him the best life possible but without having his father in his life, it wasn't always easy for him. I feel that he has really struggled because of that. Even though we all know that is no excuse for doing the things that he has done, sometimes I feel that maybe he his doing these things out of anger, which is a sad thing to see beings that I have watched Andrew grow up and I know the person that he is capable of being. That being said, I

know that Andrew has his family behind him that love him very much and will do anything to try and help him move forward in life and try to make good choices along the way. We all just want to see Andrew succeed in life and be happy with himself and be a good person.

Gina Mitchell