# Michael DeMatt

| | |
|---|---|
| **From:** | TJ Werner <Theodore_Werner@pawp.uscourts.gov> |
| **Sent:** | Friday, July 30, 2021 8:43 AM |
| **To:** | Michael DeMatt |
| **Subject:** | FW: Andrew Duncan Augustyniak |

Good Morning Attorney DeMatt,

Please find below a letter received from Andrew Augustyniak-Duncan's mother.

Thank you,

T.J.

---

**From:** augustyniaksheri@gmail.com <augustyniaksheri@gmail.com>
**Sent:** Friday, July 30, 2021 5:56 AM
**To:** TJ Werner <Theodore_Werner@pawp.uscourts.gov>
**Subject:** Andrew Duncan Augustyniak

<mark>**CAUTION - EXTERNAL:**</mark>

Sent from my iPhone

Begin forwarded message:

> **From:** Gina Mitchell <lexcorty@yahoo.com>
> **Date:** July 29, 2021 at 8:45:03 AM EDT
> **To:** augustyniaksheri@gmail.com
>
>
> ----- Forwarded Message -----
> **From:** Gina Mitchell <lexcorty@yahoo.com>
> **To:** Sherri Padilla <andrewnmom@aol.com>
> **Sent:** Tuesday, July 27, 2021, 12:01:47 PM CDT
> **Subject:**
>
> To Whom It May Concern:
>
> This letter is in regards to Andrew Duncan Augustyniak. I have known Andrew since the day he was born. Andrew has always been a very caring person and a good hearted kid, who was always willing to help people out if they needed something done. He cares very much about his family and adores his two younger siblings. His Mom has tried to give him the best life possible but without having his father in his life, it wasn't always easy for him. I feel that he has really struggled because of that. Even though we all know that is no excuse for doing the things that he has done, sometimes I feel that maybe he his doing these things out of anger, which is a sad thing to see beings that I have watched Andrew grow up and I know the person that he is capable of being. That being said, I know that Andrew has his family behind him that love him very much and will do anything to try and help him move forward in life and try to make

1

good choices along the way. We all just want to see Andrew succeed in life and be happy with himself and be a good person.


Gina Mitchell


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.