# Michael DeMatt

| | |
|---|---|
| **From:** | TJ Werner <Theodore_Werner@pawp.uscourts.gov> |
| **Sent:** | Tuesday, July 27, 2021 11:07 AM |
| **To:** | Michael DeMatt |
| **Subject:** | FW: Andrew Duncan-Augustyniak |

Good Morning Attorney DeMatt,

Please find below a letter received from Andrew Augustyniak-Duncan's mother.

Thank you,

T.J.

---

**From:** augustyniaksheri@gmail.com <augustyniaksheri@gmail.com>
**Sent:** Monday, July 26, 2021 9:31 PM
**To:** TJ Werner <Theodore_Werner@pawp.uscourts.gov>
**Subject:** Andrew Duncan-Augustyniak

**CAUTION - EXTERNAL:**


To whom this letter needs to reach,

    I have known Andrew and his family for several years. Andrew and his family are amazing people! They would give a total stranger the shirt off their back.

    Andrew unfortunately struggles with mental illness.  I personally have witnessed his delusional disorder and depression. When medication falls short Andrew's life can be very difficult to navigate through. Now as a young adult (by age not mentally ) the HIPPA laws make it difficult for his family to get him the help he needs.

    Andrew's situation has been totally mishandled due to his struggles with mental illness! The legal and medical system have failed Andrew!!

    Prior to the pandemic Andrew was keeping busy working . The structure and routine of work provided some stability. When all of that was disrupted due to covid and no fault of his own. Andrew found himself unemployed. Leading to his loss of structure , confused to why he lost his job, and then delusional. Mental illnesses had kicked in and once again the system failed Andrew!

    I am personally asking for your help and consideration on Andrew Augustyniak's behalf. Any assistance is greatly appreciated!!! In addition Please follow through and make sure Andrew has access to resources if and when he falls through the cracks later down the road.

    Thankyou in advance, with my deepest appreciation ,

    Joseph M Klingensmith

    Joek1971@hotmail.com

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.