IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 20-169 |
| ANDREW AUGUSTYNIAK-DUNCAN | |

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Andrew Augustyniak-Duncan, Year of Birth: 1995, White, Male.

2. Detained by: Allegheny County Jail, 950 Second Avenue, Pittsburgh, PA 15219.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 18, United States Code, Section 2 and 231(a)(3).

4. Detainee is presently confined in the Allegheny County Jail, Pittsburgh, Pennsylvania, awaiting a disposition of state charges.

5. The above case is set for a sentencing hearing before U.S. District Judge Arthur J. Schwab in Courtroom 7C (in person) at Pittsburgh, Pennsylvania on December 14, 2021, at 11:00 am, and it shall therefore be necessary for detainee to be present in Court at that time.

s/ *Jonathan D. Lusty*
JONATHAN D. LUSTY
Assistant U.S. Attorney
PA ID No. 311180

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____                    _____
DATE                                                              THE HONORABLE ARTHUR J. SCHWAB
                                                                        UNITED STATES DISTRICT JUDGE

cc:     United States Attorney